IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }  Case No. 15-30035
Tomeka Nicole Williams  }
                   }  Chapter 13
                   }
**Debtor(s)**      }

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

Objection to Claim No. 9
Of Creditor BJ's Auto Sales LLC

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of BJ's Auto Sales LLC and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on January 7, 2015.

2. The Creditor, filed the Claim number of BJ's Auto Sales LLC on 27th day of January, 2015. Said claim is objectionable because said claim said claim is filed for the balance of payments due under the contract and not the balance of the loan as of the date of filing.

3. Under the Truth in Lending Laws, the contract must disclose the interest rate charged under the contract, which this contract does not disclose; see <u>15 USCS § 1640</u> <u>In re Pokrzywinski</u>, 311 B.R. 846, <u>Rainey v Credithrift of America # 5, Inc</u>. (1983, La App 4th Cir) 441 So 2d 278. therefore the Debtor is imputing an interest rate and the balance of the loan at the time of the filing of the contract was probably less than $18,000.00..

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Claim number of BJ's Auto Sales LLC and to reduce the claim to $18,000.00 to be paid at the rate of 4.75% interest.

Respectfully submitted,

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day February 5, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
BJ's Auto Sales LLC
P O Box 312
Fort Deposit, AL 36032